No. 10–794.  BARR *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–796.  STATE COMPENSATION INSURANCE FUND *v.* ZAMORA, CHAPTER 7 TRUSTEE.  C. A. 9th Cir.  Certiorari denied.

No. 10–808.  MORRIS *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 10–878.  KUELBS ET AL. *v.* HILL ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–880.  TAYLOR *v.* CITY OF COLUMBIA, SOUTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–887.  DIXON *v.* EAST COAST MUSIC MALL.  Ct. App. Minn.  Certiorari denied.

No. 10–892.  PALKA *v.* SHELTON ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 10–894.  PROSSER ET AL. *v.* NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–900.  BOHANA *v.* VAUGHN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–903.  OBER *v.* MILLER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–906.  SCHNELLER *v.* CROZER CHESTER MEDICAL CENTER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–908.  FLORANCE *v.* BUSH ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–909.  DRIVER *v.* CONLEY.  Ct. App. Tex., 6th Dist.  Certiorari denied.

No. 10–912.  BAKER *v.* TEXAS.  Ct. App. Tex., 11th Dist.  Certiorari denied.